# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Nancy Joseph
Calvin R. Malone
Brian P. Mullins
Thomas G. Wilmouth

517 E. Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 10, 2009

Hon. Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

RE: *United States v. Jacob Collins*, Case No. 09-CR-155

Your Honor:

Tomorrow, Jacob Collins will be appearing before Your Honor for the purpose of tendering pleas of guilty to the two charges pending against him in the above-referenced case. As Mr. Collins is pleading guilty without having entered into any agreement with the Government, I am submitting along with this letter a letter from my client in which he acknowledges his guilt, describes his offense conduct, and expresses his understanding of the rights he surrenders by pleading guilty as well as the consequences he might experience upon conviction.

It is my request that the Court, in conducting its Rule 11 colloquy, rely on Mr. Collins' submission rather than the "Memorandum in Aid of Rule 11 Proceeding" previously filed by the Government. That memorandum, like the position taken by the Government in the plea agreement that we declined to enter, expands the scope of this case from the crimes committed by Mr. Collins to acts: (1) that he did not commit; (2) that occurred after the conclusion of his two crimes; (3) for which he is not criminally responsible; and (4) about which he lacks personal knowledge beyond that which he has learned via the media.

From the date Mr. Collins' unlawful acts first came to law enforcement's attention, my client has continuously taken responsibility for his actions and remorsefully

**FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.**

Hon. Lynn Adelman
September 10, 2009
Page 2

acknowledged the horrific collateral consequences of his actions. My task as Mr. Collins' lawyer in this case is to ensure that the focus of my client's criminal case is my client's criminal acts and not the subsequent criminal actions of anyone else.

I thank the Court for its consideration of this matter.

Respectfully submitted,


 **s/Daniel W. Stiller**___
Daniel W. Stiller

DWS/lcw

c:      AUSA John Manning

N:\Cases-Open\C-D\Collins, Jacob - 09-342\Pre-Trial\091009 ltr to Judge Adelman re Rule 11.wpd