September 10, 2009

Hon. Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

RE:   *United States v. Jacob Collins*, Case No. 09-CR-155

Dear Judge Adelman:

My name is Jacob Collins and I am the defendant in the above-referenced case. Tomorrow I will come before the Court to formally acknowledge my guilt in connection with the two charges pending against me. I do so after full consultation with my attorney and write this letter to the Court to: (1) fully acknowledge my commission of the two federal crimes I am accused of committing; and (2) set forth my understanding of the rights I am surrendering by pleading guilty and my additional understanding of the various consequences I might experience as a result of my guilty pleas.

> **1.   *I fully acknowledge my commission of the two federal crimes I am accused of committing.***

As I have since the day that law enforcement officers first contacted me about this matter, I freely and voluntarily admit the following:

> (a)   On or about May 2, 2009, I filled out the paperwork necessary for the acquisition of a handgun from Badger Guns, now known to me as a federally-licensed firearms dealer, in Milwaukee, Wisconsin. One of the questions on the relevant form asked me whether I was the actual buyer of the handgun I sought to purchase, instructed me that I would not constitute the actual buyer of the handgun if I were acquiring the gun on somebody's behalf, and stated that the dealer could not transfer the gun to me unless I was the actual buyer. In response to that question, I affirmatively responded that I was the actual buyer. That response was false. On the relevant date, I was seeking to purchase a handgun for another person and pursuant to an agreement by which that other person would pay me $40. I therefore freely admit that I made a

        materially false statement in connection with the described acquisition of a handgun from a federally-licensed firearms dealer and that I am guilty of the offense charged in Count One of my indictment.

    (b)    As of on or about May 4, 2009, I was and had been for some time an unlawful user of marijuana. On that same date and in Milwaukee, Wisconsin, I took actual physical possession of the handgun that I purchased for someone else at Badger Guns. At the request of the other person, I maintained possession of the handgun for a few days before transferring it to that other person and receiving the $40 promised to me. I now know that the handgun I purchased had been manufactured outside of the State of Wisconsin. I therefore freely admit to having been a user of marijuana who knowingly possessed a firearm that had been transported in interstate commerce and that I am guilty of the offense charged in Count Two of my indictment.

At the time I committed these acts, I knew that it was wrong to buy the firearm for someone else but I did not really understand that my use of marijuana made it illegal for me to possess a gun. For both of my crimes, I apologize for my behavior and regret more than I can put into words how everything has turned out. I wish that I could go back in time, make different decisions, and behave responsibly.

As I have since the date I was first contacted by law enforcement officers regarding this matter, I accept responsibility for my illegal acts and continue in my willingness to honor any requests that I truthfully disclose information regarding my purchase, possession, and transfer of the firearm at issue in this case.

    2.    ***I understand the rights I am surrendering by pleading guilty and additionally understand the various consequences I might experience as a result of my guilty pleas.***

        (a)    I understand that guilty as I am, I do not have to plead guilty.

    Instead, I am entitled to maintain my previously-entered pleas of not guilty. Were I to do so, I could be convicted only if the Government were able to present evidence establishing my guilty beyond a reasonable doubt. That could only happen at a trial at which I would be presumed innocent. At my trial, a jury of 12 citizens, whom my lawyer and I would play some part in selecting, would be responsible for evaluating whether my guilt had been established beyond a reasonable doubt. Alternately but only with the Government's agreement, I could agree to have my case decided only by a judge and in the absence of a jury. Either way, during trial I would have the right to confront the Government's evidence and I could, but would not be required to, present any evidence in my own defense. If necessary, I could call upon the Court to assist me in obtaining and presenting evidence by way of the Court's subpoena power. I would have the right to testify in my own defense but would also have the right to remain silent during my trial. If I opted to exercise my right to remain silent, the jury would at my request be informed that it could not view my silence as evidence of my guilt. I understand that by my decision to plead guilty, I will be giving up my right to a trial as well as all of the rights that a defendant has in connection with that trial.

(b) In consultation with my lawyer, I understand that the offenses to which I am pleading guilty are both felonies; that each of the offenses is punishable by up 10 years imprisonment; that each of the offenses can result in a fine of up to $250,000; that I can be placed on supervised release for as many as three years; and that I will be required to pay a $100 special assessment in connection with each of the two offenses. I understand that the sentence that I ultimately receive is a decision for the Court to make at some later date; I acknowledge that nobody has promised me any particular sentence; and I understand that any disagreement I might have with the sentence ultimately imposed would not, so long

as the sentence imposed falls within the parameters described above, alone provide me with a basis for withdrawing my guilty pleas.

Understanding these rights and knowing the possible punishment that could be imposed upon me, it remains my affirmative desire to plead guilty to the crimes charged in Counts One and Two of my indictment.

Respectfully submitted,

*Jacob Collins*
JACOB COLLINS