UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

*v*.                                      Case No. 09-CR-155 (LA)

JACOB D. COLLINS,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO SEAL
## EXHIBIT ONE TO DEFENDANT'S SENTENCING MEMORANDUM

Defendant Jacob Collins, through counsel, moves this Court pursuant to General Local Rule 79.4 for an order sealing Exhibit One to Defendant's Sentencing Memorandum in the above-captioned case. As grounds in support of this motion, it is averred that the exhibit – a report detailing a psychological evaluation of the defendant conducted by Sheryl Dolezal, Psy.D. – reveals "confidential matters" as contemplated by Rule 79.4..

Counsel for the Government, Assistant United States Attorney John Manning, has no objection to the requested relief.

Based on the foregoing, Mr. Collins respectfully asks this Court to enter an order sealing Exhibit One to Defendant's Sentencing Memorandum.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Milwaukee, Wisconsin, this 31st day of December, 2009.

> Respectfully submitted,
>
> **/s/Daniel W. Stiller**
> Daniel W. Stiller
> FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
> 517 East Wisconsin Avenue, Room 182
> Milwaukee, Wisconsin  53202-4500
> Tel: 414-221-9900
> Fax: 414-221-9901
> daniel_stiller@fd.org
>
> Counsel for Jacob Collins

N:\Cases-Open\C-D\Collins, Jacob - 09-342\Sentencing\mtn to seal exhibit to sentencing memo.wpd