# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Daniel W. Stiller, Federal Defender
William U. Burke
Brian T. Fahl
Nancy Joseph
Calvin R. Malone
Brian P. Mullins
Thomas G. Wilmouth

517 E. Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

January 7, 2010

Hon. Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4500

RE: *United States v. Jacob Collins*, Case No. 09-CR-155

Your Honor:

I write in objection to the Court's consideration of a letter written by Graham Kunisch (one of the police officers shot and seriously wounded by Julius Burton) and submitted by the Government yesterday. While Mr. Kunisch's wide-ranging thoughts are certainly meaningful, they are improperly before the Court. In a criminal case, members of the public generally have no voice in connection with a defendant's sentencing proceeding. *See* Fed. R. Crim. P. 32(i). While Rule 32(i)(4)(B) provides a "victim" with a right to be heard, Rule 1(b)(11) states that a "victim" is a "crime victim" as defined by statute. In turn, the relevant statute defines "crime victim" as "a person directly and proximately harmed as a result of the commission of a Federal offense." 18 U.S.C. § 3771(e). The point here is that Jacob Collins' "Federal offense[s]" of making a false statement in acquiring a firearm and possessing a firearm while prohibited from doing so by reason of his being a user of a controlled substance did not "directly" harm Mr. Kunisch or any other identifiable person. *See, e.g., United States v. Randle*, 324 F.3d 550, 556 (7th Cir. 2003)(indicating that the relevant harm to a person is direct only if resulting from "the conduct to which the defendant pled guilty and nothing else"); *United States v. Shepard*, 269 F.3d 884, 886-87 (7th Cir. 2001)(rejecting the notion that harm "causally related to a crime" makes the person suffering the harm a "victim of that crime").

# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.

I thank the Court for its consideration of this matter.

Respectfully submitted,


**s/Daniel W. Stiller**
Daniel W. Stiller

DWS/lcw

c:      AUSA John Manning

N:\Cases-Open\C-D\Collins, Jacob - 09-342\Sentencing\010710 ltr to Judge Adelman re victim impact.wpd