

**U.S. Department of Justice**

United States Attorney
Eastern District of Wisconsin

---

517 East Wisconsin Avenue  
Milwaukee, WI 53202

414 / 297-1700  
TTY 414 / 297-1088

January 7, 2010

Honorable Lynn S. Adelman  
United States District Judge  
Eastern District of Wisconsin  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: *United States v. Jacob Collins, 09-CR-155*

Dear Judge Adelman:

The United States strongly objects to Defendant Colllins' request that this Court not consider the victim impact statements of Milwaukee Police Officers Graham Kunisch and Bryan Norberg. I will also inform you that it is my intention to ask you for permission for Officer Kunisch and Officer Norberg to address you at sentencing today.

Obviously, this Court in entitled to consider anything it deems appropriate in fashioning a sentence under 18 U.S.C. Sec. 3553(a). As the United States has argued repeatedly, I respectfully assert that you must consider the shooting of the officers and their subsequent injuries in fashioning an appropriate sentence in this case. I will not repeat the list of cases cited and discussed in my previous filings, although I will again note that the defendant has cited no cases that contradict the United States' position that the shooting *is* part of the relevant conduct in this case.

Thus, not only is it appropriate for you to consider the statements, in our view it would be fundamentally unfair to deprive these officers of a voice in this proceeding.

Very truly yours,

JAMES L. SANTELLE  
United States Attorney

By: *[signature]*  
JOHN J. MANNING  
Assistant United States Attorney

cc: Daniel W. Stiller